83,404-01

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITOL STATION, AUSTIN TX. 78211

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

08/25/15

RE: TR.CT. NO. W12-11883-V(A) APPLICATION OF
WRIT OF HABEAS CORPUS WR-83,404-01
TO THE HONORABLE COURTS CLERK ABEL ACOSTA,

ON OR ABOUT JUNE 12TH, 2015 I RECEIVED
YOUR CARD DISPOSING OF MY WRIT OF HABEAS CORPUS
STATING THAT IT WAS DENIED "WITHOUT WRITTEN
ORDER".

SIR I AM HAVING DIFFICULTY UNDERSTANDING
THE MEANING OF "WITHOUT WRITTEN ORDER". COULD
YOU PLEASE CLARIFY THIS FOR ME AS I AM
UNSURE OF HOW TO PROCEED AT THIS TIME. I NEVER
RECEIVED AN ANSWER OF DENIAL FROM DISTRICT COURT
AND AM UNSURE IF MY WRIT WAS RECEIVED IN YOUR
OFFICE COMPLETE AS SUBMITTED.

THANK YOU FOR YOUR PROMPT RESPONSE IN
THIS MATTER.

RESPECTFULLY SUBMITTED,

Vincent S. Jackson
Vincent S. Jackson #1884960
Formby Unit-
998 County RD. AA
Plain View Tx, 79072